UNITED STATES COURT OF INTERNATIONAL TRADE                         FORM 4

| | |
|---|---|
| GREAT LAKES WHOLESALE GROUP,<br>　　　　　　　　　*Plaintiff,*<br>　　v.<br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; and MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER,<br>　　　　　　　　　*Defendants.* | Court No. **20-03805**<br><br>**SUMMONS** |

**TO:**   The Above-Named Defendants:

　　You are hereby summoned and required to serve on plaintiff's attorneys, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court.

_____
Signature of Plaintiff's Attorney

Dated:　October 28, 2020

Eric R. Rock
Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois  60602
312-824-6191 (telephone)
erock@rocktradelaw.com (e-mail)

1